**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAVID D. BATTLE JR.**,

Plaintiff,

v. Case No: 8:26-cv-03077-WFJ-NHA

**AMERICAN EXPRESS COMPANY**, et al.,

Defendants.
_______________________________________/

**ORDER**

Before the Court is *pro se* Plaintiff David D. Battle, Jr.'s Motions to Proceed *in forma pauperis*. Dkt. 2. United States Magistrate Judge Natalie H. Adams has issued a report and recommendation that Plaintiff's Motion be denied and Complaint be dismissed without prejudice. Dkt. 7. The Report and Recommendation is deemed unopposed, as no objections have been filed and the time for doing so has passed. *See* Local Rule 3.01(d).

"[I]n determining whether to accept, reject, or modify the magistrate's report and recommendations, the district court has the duty to conduct a careful and complete review." *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam) (citation omitted); *see* 28 U.S.C. § 636(b)(1). If a party objects to a report and recommendation, the district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28

U.S.C. § 636(b)(1)(C). However, if no such objections are filed, the district court reviews the factual findings of the report and recommendation for "clear error," but reviews its legal conclusions de novo. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *see also Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019) (citing *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994)).

An inconsistency in Plaintiff's financial affidavit—claiming that he cannot afford to pay the filing fee without forgoing basic necessities while also filling in $0 as the amount of each of his living expenses—renders this Court unable to make a fully informed determination as to whether Plaintiff is indigent for purposes of 28 U.S.C. § 1915. Additionally, Plaintiff's complaint includes multiple claims in many of its counts in violation of Rule 10(b). *See Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1322–23 (11th Cir. 2015).

As such, having performed an independent review of the file, and for the sound reasons explained in the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation, Dkt. 7, is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and made a part of this order.
2. Plaintiff's Motion to Proceed *in forma pauperis*, Dkt. 2, is **DENIED** without prejudice.

3. Plaintiff's Complaint, Dkt. 1, is **DISMISSED** without prejudice.
4. Plaintiff has **twenty-one (21) days** from the date of this Order to file an amended complaint addressing the problems with his complaint, and either pay the filing fee, or file an amended motion to proceed *in forma pauperis*. If Plaintiff fails to do so, the Court will dismiss the case without further notice.

**DONE AND ORDERED** at Tampa, Florida, on November 9, 2026.

*/s/ William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**

Plaintiff, *pro se*